IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CINDY LAMB,

    Plaintiff,

                              3:12-CV-01160-PK

v.                             OPINION AND ORDER

ACE CASH EXPRESS, INC.,

    Defendant.

PAPAK, Magistrate Judge:

    Plaintiff Cindy Lamb brings this action against defendant Ace Cash Express, Inc. ("Ace"), her former employer, alleging that Ace violated Oregon law when it terminated her employment after she disclosed confidential customer information to law enforcement in the process of reporting possible child neglect.

Page 1 - OPINION AND ORDER

On April 1, 2014, Ace requested via email that the court conduct an in camera inspection of Lamb's unredacted medical records to determine whether Lamb redacted the records in compliance with the court's instructions at the July 11, 2013 telephonic hearing. On May 1, 2014, Lamb provided the court with a copy of her unredacted medical records. After reviewing the unredacted medical records, I find that, consistent with my July 11, 2013 ruling, the following should be unredacted: (1) page 1, paragraph 6 under "A/P"; (2) page 2, last sentence of the third paragraph on the page; and (3) page 2, paragraph 4 under "assessment/plan."

## CONCLUSION

In light of the foregoing, Lamb shall produce to Ace her medical records with the noted portions unredacted no later than May 9, 2014.

Dated this 6th day of May, 2014.

/s/ Paul Papak
Honorable Paul Papak
United States Magistrate Judge