IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CINDY LAMB,

                Plaintiff,                              No.   03:12-cv-01160-PK

     v.

ACE CASH EXPRESS, INC.,                      ORDER

                Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation (#54) on July 1, 2014, in which he recommends that this Court deny Plaintiff's motion for summary judgment, and pursuant to Federal Rule of Civil Procedure 56(f), grant summary judgment to non-movant Defendant on Plaintiff's wrongful discharge claim. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [54]. Accordingly, Plaintiff's motion for summary judgment [39] is denied, and summary judgment is granted to Defendant on Plaintiff's wrongful discharge claim.

IT IS SO ORDERED.

DATED this ___5___ day of ___Aug___, 2014.

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER